1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12    JACQUELINE CARLINE MELCHER,

13             Appellant,

14    v.

15    JOHN W. RICHARDSON, Trustee in
16    Bankruptcy,

17             Appellee.

18

Case No. C-12-01766-RMW

**ORDER GRANTING MOTION TO DISMISS**

[Re Docket No. 7]

19         Appellee John W. Richardson moves to dismiss for lack of prosecution the appeal of

20    Jacqueline Carline Melcher from an order denying Melcher's: (1) motion for reconsideration of

21    the order approving compromise; (2) motion to compel; and (3) motion for order to show cause re

22    contempt.  Melcher filed an untimely opposition and request for an extension on December 20,

23    2012, the day before the hearing.

24         Pursuant to Federal Rule of Bankruptcy Procedure 8006, Melcher was required to file

25    with the clerk of the Bankruptcy Court and serve on Richardson a designation of the items to be

26    included in the record on appeal and a statement of issues to be presented within 14 days of filing

27

28

1    the notice of appeal.  This filing was due on April 5, 2012.  To date, Melcher has not filed the

2    required documents.  Maher Decl. ¶ 4, Dkt. No. 7

3           This court has already dismissed eight prior appeals of Melcher's for failure to prosecute.

4    *See* Maher Decl. ¶¶ 5-8.   As noted previously, Melcher is familiar with the appeal process.  *See*

5    Order, No. 12-cv-00336, Dkt. No. 16 (July 16, 2012).

6           Therefore, the court grants Richardson's motion to dismiss and denies Melcher's motion

7    for an extension of time.

8

9    Dated:  December 21, 2012

10                                 Ronald M. Whyte

                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO DISMISS
CASE NO. C-12-01766-RMW        - 2 -
SW