1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| 12  JACQUELINE CARLINE MELCHER, | Case No. C-12-01766-RMW |
| 13  Appellant, | |
| 14  v. | **ORDER GRANTING MOTION TO DISMISS** |
| 15  JOHN W. RICHARDSON, Trustee in Bankruptcy, | |
| 16 | [Re Docket No. 7] |
| 17  Appellee. | |

Appellee John W. Richardson moves to dismiss for lack of prosecution the appeal of Jacqueline Carline Melcher from an order denying Melcher's: (1) motion for reconsideration of the order approving compromise; (2) motion to compel; and (3) motion for order to show cause re contempt. Melcher filed an untimely opposition and request for an extension on December 20, 2012, the day before the hearing.

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Melcher was required to file with the clerk of the Bankruptcy Court and serve on Richardson a designation of the items to be included in the record on appeal and a statement of issues to be presented within 14 days of filing

1 the notice of appeal. This filing was due on April 5, 2012. To date, Melcher has not filed the
2 required documents. Maher Decl. ¶ 4, Dkt. No. 7

3     This court has already dismissed eight prior appeals of Melcher's for failure to prosecute.
4 *See* Maher Decl. ¶¶ 5-8. As noted previously, Melcher is familiar with the appeal process. *See*
5 Order, No. 12-cv-00336, Dkt. No. 16 (July 16, 2012).

6     Therefore, the court grants Richardson's motion to dismiss and denies Melcher's motion
7 for an extension of time.

9 Dated: December 21, 2012

10     */s/ Ronald M. Whyte*
    Ronald M. Whyte
    United States District Court Judge

ORDER GRANTING MOTION TO DISMISS
CASE NO. C-12-01766-RMW
SW
- 2 -